IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**Giovanni Cortes-Santana**,
    Plaintiff

    v.

**St. James Security Services, Inc.**
    Defendant

Civil No. 11-1674 (DRD)

### JUDGMENT

The Court, having carefully examined the parties Confidential Settlement Agreement and Release from Employment Law Claim ("Agreement") (Docket No. 35), hereby **APPROVES** the Stipulation and enters judgment pursuant to all of the terms and conditions set forth therein.

Both parties, Giovanni Cortes-Santana as Plaintiff, as well as St. James Security Services, Inc. as Defendant, shall comply with the terms and conditions applicable to each.

All signatories of the Agreement are to be duly notified. Pursuant to the parties' consent to the terms of the Agreement and Plaintiff's agreement to voluntarily dismiss with prejudice the instant claim, the Court hereby enters a final judgment **DISMISSING THE INSTANT CASE WITH PREJUDICE**.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 28th day of November, 2012.

    /s/ DANIEL R. DOMINGUEZ
    DANIEL R. DOMINGUEZ
    U.S. District Judge